IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| RENEE CONEY and DOROTHY CONEY, a minor through her parent and natural guardian, Renee Coney | :<br>:<br>: |  |
| v. | : |  |
| ANTHONY DONOVAN and TASTIE TREATS, INC. | : |  |
|  | : | NO. 14-2854 |

**CIVIL JUDGMENT**

BEFORE GOLDBERG, J.

      AND NOW, this       day of June, 2015, it appearing that an Arbitration Award was entered and filed on 4/24/15, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered for the plaintiff, Renee Coney and against the defendants jointly in the amount of $12,500.00 and for the plaintiff, Dorothy Coney and against the defendants jointly in the amount of $5,000.00.


ATTEST:                              OR                              BY THE COURT:


By:_____                                        S/MITCHELL S. GOLDBERG
Deputy Clerk                                                        MITCHELL S. GOLDBERG, J.

ARB 16